IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD SCHALLER,

        Plaintiff,

v.                                3:10cv444-WS

UNITED STATES OF AMERICA, et al.,

        Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed December 29, 2011. See Doc. 25. The magistrate judge recommends that this case be dismissed for failure to state a claim. The plaintiff has filed objections (doc. 27) to the report and recommendation.

      Having considered the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

      Accordingly, it is ORDERED:

      1. The magistrate judge's report and recommendation (doc. 25) is hereby ADOPTED and incorporated by reference into this order.

      2. The plaintiff's complaint (doc. 1) and this action are DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1).

3.  The clerk shall enter judgment stating: "All claims are DISMISSED with prejudice."

DONE AND ORDERED this     17th     day of      January    , 2012.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE